Bar of this Court. The rule to show cause, heretofore issued on June 11, 1984 [467 U. S. 1238], is hereby discharged.

No. D–438. IN RE DISBARMENT OF GUARDINO. Disbarment entered. [For earlier order herein, see 467 U. S. 1238.]

No. D–449. IN RE DISBARMENT OF HOCHSTEIN. It is ordered that Ralph Hochstein, of Minneapolis, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–450. IN RE DISBARMENT OF REISCH. It is ordered that Erich Reisch, of the Bronx, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–452. IN RE DISBARMENT OF SHANKMAN. It is ordered that Morton Roy Shankman, of Cooper City, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–453. IN RE DISBARMENT OF NOTHSTEIN. It is ordered that Gary Zane Nothstein, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–454. IN RE DISBARMENT OF WEST. It is ordered that Robert Edward West, of Rutland, Vt., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Exceptions to the Report of the Special Master are set for oral argument in due course. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier order herein, see, e. g., 467 U. S. 1213.]

No. 79, Orig. OKLAHOMA v. ARKANSAS. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45